**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

TANGELA RODDY,                          *
                                        *
          Plaintiff,                    *
                                        *
v.                                      *          No. 3:26-cv-00065-JJV
                                        *
FRANK BISIGNANO,                        *
Commissioner of the                     *
Social Security Administration,         *
                                        *
          Defendant.                    *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 17th day of June 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE